IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-CV-00701-M

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| $66,015.00 IN U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on the parties Joint Motion for Court-Hosted Mediation [DE 48]. Pursuant to Rule 101.2(a) of the Local Alternative Dispute Rules of Practice and Procedure for the Eastern District of North Carolina and for good cause shown, the motion is GRANTED. This case is referred to Magistrate Judge Numbers for purposes of scheduling a Court-Hosted Mediation pursuant to Local Rule 101.2.

SO ORDERED this 23d day of February, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE